## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| IMPERIAL ZINC CORP., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 16-cv-00551-RWS |
| ENGINEERED PRODUCTS INDUSTRIES, L.L.C., a Missouri limited liability company, d/b/a St. Clair Die Casting, et al., | ) ) ) ) ) | *So Ordered* |
| Defendants. | ) ) ) | *[signature]* 1/20/17 |

### MOTION TO DISMISS

COMES NOW Plaintiff, Imperial Zinc Corp. ("Imperial"), and hereby files its *Motion to Dismiss* pursuant to Fed. R. Civ. P. 41(a)(2). In support of this Motion, Imperial states:

1.      Pursuant to Fed. R. Civ. P. 41(a)(2), Imperial seeks to dismiss its claims against EPI, with each party to pay their own costs.

WHEREFORE, Plaintiff Imperial Zinc, Inc. prays the Court Grants / Sustains this Motion and ORDERS the claims against Engineered Products Industries, L.L.C.